# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HECTOR SALAZAR-SALAZAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-556-SLP |
| ) | |
| LNU FNU, ) | |
| ) | |
| Defendant.. ) | |

## ORDER OF TRANSFER

Before the Court is the Report and Recommendation [Doc. No. 4] entered by United States Magistrate Judge Shon T. Erwin on July 22, 2022. The Court file reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed. Accordingly, the Court adopts the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation is ADOPTED and the Clerk of Court is directed to transfer this matter to the United States District Court for the Western District of Louisiana.

IT IS SO ORDERED this 18th day of August, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE