RECEIVED
OCT 03 2022  audcmp
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY___

9-27-2022

I am respectfully writing to send the enclosed papers which will show how this institution, "USP Pollock", which is a Federal Penitentiary, has violated my rights. I pray this court will take everything into consideration on my behalf.

The enclosed documents are as follows:

1- Due to Covid-19, I was not granted access to the Law Library. I sent staff an official request form asking for help in obtaining needed paperwork to persue my Compassionate Release Motion. Staff responded telling me to "ask family or friends to send it". Thus, staff at USP Pollock hindered my ability to properly prepare and file my motion in a timely manner.

2- I was denied proper medical attention. I have a disability, that being my not having Four (4) fingers on my right hand. Which, on a scale of one being the least, and ten being the greatest, causes my having pain on a level of ten. It is especially painful during changes in weather/tempature. When I transferred from Oklahoma State prison to the Federal Prison System on 11-19-2017, my medical records were transferred with me. However, medical staff here at USP Pollock

(1 of 3)

can not locate said medical records. An my request for basic medications to help releave my pain has been denied.

3 - My parents are elderly and in poor health. My siblings are all married, with children, and are thus busy caring for their own families. I am their (my parents) only son, and the only child/family member who is able to properly invest the necessary time, and attention, into ensuring my parents are cared for.

4 - On 3-15-2022, Officer J. Lyons issued me a Disciplinary Write-up for "Being in Unauthorized Area". I was give this disciplinary infraction, however, the incident report, as written by C.O. J. Lyons, does not make any mention of me "Hector Salazar-Salazar" having violated any Policy/Rule infractions whatsoever. C.O. J. Lyons says he spoke to an inmate in cell #160, I have never been in cell #160, and records will show that on 3-15-2022, I was assigned to cell #144. Which is exactly where I was. Yet, staff still unjustifiably placed sanctions against me.

(2 of 3)

I believe staff racially discriminated against me because of my having an obviously hispanic name, and the name mentioned in Co. J. Lyons report being of hispanic nature. Coupled with the fact that I do not speak/understand English very well. Lead staff to having racially discriminated against and unjustifiably punishing me in this matter.

I Pray this court may take my situation into consideration and provide me relief from USP Pollocks' violations of my rights.

Sincerely,
*Hector Salazar Salazar*
Hector Salazar-Salazar
# 27123-064
USP Pollock
P.O. Box 2099
Pollock, LA. 71467

(3 of 3)

RECEIVED
OCT 03 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

I am respectfully writing to send the enclosed papers. Which will show how USP Pollock, a Federal Prison, has violated my rights. I pray this court will take everything into consideration on my behalf. The Documents are as follows:

5- Cop-outs (Prison Request form) to USP Pollocks Warden on November 29, 2021, which is Exhibit #1. The Warden at USP Pollock received said request on December 1, 2021 and denied said request on February 2, 2022. Exhibit #2 is my compassionate release and reduction in sentence. Which was filed on January 31, 2022 and for which I waited more than 30 days without a response from the Warden before proceeding to court. This is why I took the necessary 2nd step and filed my motion with the court, because I could not get a response from the Warden at USP Pollock. When I attempted to mail the court copies of my requests forms as documents to prove my claims against the Warden. Said copies & documentation was removed from the envelope of my outgoing mail to the court by staff inspecting inmate mail here at USP Pollock. Because I was informed by the court that said documents were not received by the court. Which is a violation of my first Amendment Rights.

6- I have latent T.B. obesity and chronic Lung disease, An have a high risk factor for Covid-19, Omicron.

7 - USP Pollock Warden J.W. Cox has violated my 1st, 5th and 8th Amendment Rights by continually keeping USP Pollock inmates on lock down with no access to any form of recreation, no ability to access programs per FBOP policy, nor are we able to attend any work detail. USP Pollock is not classified as a Supermax prison. However, Warden Cox has kept USP Pollock locked down over 120 days out of 200 days in 2022 alone.