a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HECTOR SALAZAR-SALAZAR #27123-064, Plaintiff | CIVIL DOCKET NO. 1:22-CV-03049 SEC P |
| VERSUS | JUDGE DRELL |
| U S P POLLOCK, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

### REPORT AND RECOMMENDATION

Before the Court is a Complaint and Amended Complaint (ECF Nos. 1, 9, 11) filed by pro se Plaintiff Hector Salazar-Salazar ("Salazar"). Salazar is a federal prisoner alleging the violation of his constitutional rights at the United States Penitentiary in Pollock, Louisiana ("USP-P").

Because Salazar has failed to comply with the Court's Order to amend, the Complaint should be DISMISSED WITHOUT PREJUDICE.

I. **Background**

Salazar alleges that he was denied access to the law library, deprived of medication and recreation, and unjustly convicted of a disciplinary violation. ECF Nos. 9, 11. He was ordered to amend his Complaint to provide additional facts to support his claims. ECF No. 17.

## II. Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss an action sua sponte. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Salazar was afforded 30 days within which to comply with the Order to amend the Complaint. ECF No. 17. More than 60 days have passed since the Court's Order, and Salazar has failed to comply or request an extension of time within which to do so.

## III. Conclusion

Because Salazar has failed to comply with the Court's Order, IT IS RECOMMENDED that the Complaint (ECF Nos. 1, 9, 11) be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Thursday, May 25, 2023.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE