UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HECTOR SALAZAR-SALAZAR #27123-064, Plaintiff | CIVIL DOCKET NO. 1:22-CV-03049 SEC P |
| VERSUS | JUDGE DRELL |
| U S P POLLOCK, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 18), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF Nos. 1, 9, 11) is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 12th day of June, 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT